UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLIVERTO ESPINOZA, ET AL., )<br>                                       )<br>              Plaintiffs, )<br>   v.                            )<br>                                       )<br>KOBE JAPANESE RESTAURANT, ET )<br>AL.,                                         )<br>                                         )<br>             Defendants. )<br>_____ ) | Case No.: C 09-04539 JF/HRL<br><br>**ORDER RE APPEARANCE OF DEFENDANT KOBE JAPANESE RESTAURANT AT SETTLEMENT CONFERENCE**<br><br>[Docket No. 11] |

     In the above-captioned action, a settlement conference is scheduled to be held on April 16, 2010. *See* Docket No. 11. To date, defendant Kobe Japanese Restaurant has not appeared with counsel. ("defendant" or "Kobe Restaurant").

     IT IS ORDERED that, absent further order of this court, defendant Kobe Restaurant may appear only through counsel, and not *in pro per*. *See* Civil L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").

     The court hereby notifies defendant Kobe Restaurant that the court intends to take judicial notice of the fact that defendant is a corporation, as disclosed via a search of the California Secretary of State's website.

     *See* http://businessfilings.sos.ca.gov/frmDetail.asp?CorpID=C03275952.

ORDER, *page 1*

1    If defendant Kobe Restaurant objects to the court taking such judicial notice it shall file an
2 objection no later than April 6, 2010. Any such objection must include a showing that defendant
3 Kobe Restaurant is not a corporation.

4 Dated:    March 26, 2010

5                                                    _____
                                                     PATRICIA V. TRUMBULL
6                                                    United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28